# **Exhibit A**



July 03, 2018

Gumwand Inc.

c/o Dunnegan & Scileppi LLC

William Dunnegan

350 Fifth Avenue

Suite 4908

New York, NY  10118

**RE:  Gumwand Inc. v. jared brading**

**File Number:  FA1806001794058**

Dear  Sir/Madam:

The above referenced domain name complaint has been received by the FORUM and the above file number assigned. However, in reviewing your complaint FORUM has identified the following deficiencies:

- Please amend your Complaint header and Section 4 to identify the Respondent and its contact information according to the information provided by the Registrar for the disputed domain name:

> **jared brading**
> **69 wych lane**
> **Gosport, gosport**
> **PO13 0TA**
> **GB**
>
> **+44.1329505332**
> **jared@pinstripepeople.com**

In order for the FORUM to proceed with the arbitration of this case, you are required to rectify the deficiencies within **5 calendar days** from the date of this notification, or the complaint will be

dismissed without prejudice as required by ICANN's UDRP Rule 4(d).  Please have all corrected documents emailed back to your case coordinator.

If more than 5 calendar days are needed to correct deficiencies, FORUM Supplemental Rule 12(a) provides for withdrawal and reinstatement within 30 calendar days, subject to a reinstatement fee.  Please note that a request to withdraw under Supp. Rule 12(a)(i) must be received by the FORUM before the end of the 5 day deficiency period.

Please do not hesitate to contact us if you have any questions.

Sincerely,

Jonathan J
Case Coordinator